1  MATTHEW J. RUGGLES, Bar No. 173052
   LITTLER MENDELSON
2  A Professional Corporation
   2520 Venture Oaks Way, Suite 390
3  Sacramento, CA  95833.4227
   Telephone:    916.830.7200
4
   Attorneys for Defendants
5  AMERISOURCEBERGEN CORPORATION AND
   STEVEN OLIVEIRA
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | CAULEY RAY JONES,                     | Case No.  2:06-CV-00888-FCD-DAD
12 |              Plaintiff,                | **STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER**
13 |        v.                              | [F.R.C.P. 41(a)(1)]
14 | AMERISOURCEBERGEN CORPORATION; STEVE OLIVEIRA; JUAN CARLOS; and DOES 1 through 50, inclusive, |
15 |                                        |
16 |              Defendants.               |
17

18         Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedures, Plaintiff Cauley
19 Ray Jones, Defendant AmerisourceBergen Corporation, Defendant Steve Oliveira, and Defendant
20 Juan Carlos Jiminez hereby stipulate and request that this entire action, including all parties and all
21 causes of action, be dismissed with prejudice.  Each party shall bear its own attorney's fees and
22 costs.
23 //////
24 //////
25 //////
26 //////
27 //////
28

Dated: January 7, 2008

/s/ *Matthew J. Ruggles*
MATTHEW J. RUGGLES
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
AMERISOURCEBERGEN CORPORATION
AND STEVEN OLIVEIRA

Dated: January 7, 2008

/s/ *James F. Curran* (Authorized 01/07/08)
JAMES F. CURRAN
GOLDSBERRY, FREEMEN & GUZMAN, LLP
Attorneys for Defendant
JUAN CARLOS JIMINEZ

Dated: January 7, 2008

/s/ *David M. Poore* (Authorized 01/07/08)
DAVID M. POORE
KAHN BROWN & POORE LLP
Attorney for Plaintiff
CAULEY RAY JONES

**ORDER**

IT IS SO ORDERED.

Dated: January 9, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

2:06-CV-00888-FCD-DAD

PROOF OF SERVICE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308